# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THOMAS H. UNGARD, JR., | : | No. 372 MAL 2019 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| WILLIAMSPORT BUREAU OF POLICE PENSION BOARD, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.